# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

**U.S.A. vs. Tad Stinson**                                   **Docket No. 2:05-CR-11-1BO**

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tad Stinson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More than 5 Kilograms of Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 18, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1.   The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3.   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

4.   The defendant shall provide the probation office with access to any requested financial information.

Tad Stinson was released from custody on March 4, 2013, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The releasee has been participating in substance abuse treatment at Coastal Horizons Treatment Center since his release. His therapist recently informed the probation officer that Stinson was struggling with depression. She recommended that he participate in their mental health program and be evaluated by a doctor to determine if he is in need of medication.

The probation officer discussed this request with the releasee and he agreed that he would benefit from mental health treatment. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Tad Stinson
Docket No.  2:05-CR-11-1BO
Petition For Action
Page 2


**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified
as follows:

1.  The defendant shall participate in a program of mental health treatment, as directed by the
    probation office.

    Except as herein modified, the judgment shall remain in full force and effect.


I declare under penalty of perjury that the
foregoing is true and correct.


 /s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone:  910-815-4857
Executed On:  September 12, 2014


**ORDER OF COURT**

Considered and ordered this __15__ day of __September__, 2014, and ordered filed and
made a part of the records in the above case.


Terrence W. Boyle
U.S. District Judge